

# REQUEST FOR COURT ACTION / DIRECTION

| | | |
|---|---|---|
| TO: | Honorable Loretta A. Preska<br>Chief U.S. District Judge | OFFENSE: Conspiracy to Commit Health Care Fraud (18 USC 1349), a Class C felony |
| | | ORIGINAL SENTENCE: Sixty (60) months' Probation |
| FROM: | Adam Pakula<br>U.S. Probation Officer | SPECIAL CONDITIONS: Drug testing/treatment; Financial Disclosure; Search Condition; No New Debit/Credit |

| | |
|---|---|
| RE: | Antonio Martinez<br>Docket # 1:10-CR-00802-08(LAP) |
| DATE OF SENTENCE: | July 13, 2011 |
| DATE: | November 21, 2014 |
| REQUEST FOR: | **COURT DIRECTION** |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-21-14

## REQUEST FOR INTERNATIONAL TRAVEL

Martinez commenced his term of Probation within the confines of the Southern District of NY (SDNY) on July 13, 2011. Currently, his adjustment to supervision has been satisfactory. Martinez presently resides at 421 East 168th Street, Apt#17F, Bronx, NY.

Martinez is presently employed at Associated Supermarkets, located at 1188 Webster Ave, Bronx, NY. Martinez has provided an employment verification letter, which indicates his employment. The undersigned has also visited the employment location.

The purpose of this memorandum is to advise the Court that Martinez has requested to travel to Punta Cana, Dominican Republic and Santo Domingo, Dominican Republic from December 16-30, 2014. Martinez will stay at Sirenis Coastal Beach resort and Spa, and will be a guest at Emelda Paulino's home in Santo Domingo. Martinez will provide a travel itinerary, pending the Court's approval.

Dkt #1:10-CR-00802-08(LAP)

Based upon Martinez's current compliance, the undersigned does not have any objections to tis request.

A separate sheet has been attached for Your Honor to indicate a response

Respectfully submitted,

Michael J. Fitzpatrick
Chief U.S. Probation Officer

By *Adam Pakula*

Adam Pakula
U.S. Probation Officer
212 805 5171

Approved By:
*Adam Pakula* for
Victor Jeffrey    Date 11/21/14
Supervising U.S. Probation Officer

Dkt #1:10-CR-00802-08(LAP)



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
# PROBATION OFFICE

*Judicial Response*

[X] Court approves travel request

or

The Court Orders:

[ ] Other _____

_____

_____

*Loretta A. Preska*
Signature of Judicial Officer

11/21/14
Date